IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CT-3268-D

EDDIE LEVORD TAYLOR,             )
                                 )
                    Plaintiff,   )
                                 )
         v.                      )         ORDER
                                 )
KENNETH LASSITER, et al.,        )
                                 )
                    Defendants.  )

On May 2, 2019, Magistrate Judge Numbers issued a Memorandum and Recommendation ("M&R") and recommended dismissing Eddie Levord Taylor's ("Taylor" or "plaintiff") 42 U.S.C. § 1983 complaint for failure to state a claim [D.E. 12]. On May 20, 2019, Taylor objected to the M&R [D.E. 13]. On December 17, 2019, Taylor moved for reconsideration [D.E. 16].

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b)(1). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

Taylor's objections reiterate arguments stated in his complaint, and his objections do not meaningfully address the M&R. Compare M&R [D.E. 12] 1–2, 4, with Objs. [D.E. 13] 2–3, 10–12. The court overrules the objections.

In sum, the court OVERRULES Taylor's objections [D.E. 13], ADOPTS the conclusions in

the M&R [D.E. 12], DENIES Taylor's motion for reconsideration [D.E. 16], DENIES Taylor's motion for a court order as moot [D.E. 17], and DISMISSES Taylor's complaint. The clerk shall close the case.

SO ORDERED. This 18 day of January 2020.

                                                  JAMES C. DEVER III
                                                  United States District Judge